# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7172**                               **September Term, 2023**

**1:17-cv-01182-UNA**

**Filed On: May 15, 2024**

U.S. Bank National Association, As Trustee
for Structured Asset Investment Loan Trust,
Mortgage pass through Certificates, Series
2006-BNC1,

        Appellee

    v.

Burt E. Chapman, et al.,

        Appellees

Lamar C. Chapman, III,

        Appellant


### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**   Rao, Walker, and Garcia, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's November 9, 2023 minute order denying appellant's motions for reconsideration and recusal be affirmed. The district court correctly denied both of appellant's motions on the ground that the case had been dismissed for lack of subject matter jurisdiction more than six years prior. See Fed. R. Civ. P. 60(c) (motion for relief under Rule 60(b)(3) must be made within a reasonable time, and no more than a year after entry of judgment). Appellant has not offered any valid basis for reopening this closed case.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 23-7172                    September Term, 2023

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### <u>Per Curiam</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Scott H. Atchue
Deputy Clerk